# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Darrin Landes                    Docket Number: 4:13CR00450-1 JAR

Name of Sentencing Judicial Officer:       The Honorable John A. Ross
                                           United States District Judge

Date of Original Sentence: February 11, 2014

Original Offense: Counts One and Two: Wire Fraud

Original Sentence: Twelve months and one day, followed by three years supervised release on each of counts one and two to be served concurrently.

Type of Supervision: Supervised Release         Date Supervision Commenced: January 30, 2015
                                                          Expiration Date: January 29, 2018

Assistant U.S. Attorney: Anthony L. Franks        Defense Attorney: Frances E. Pennington

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition of supervision:

**Violation Number**

General Condition: The defendant shall not commit another federal, state, or local crime.

**Nature of Noncompliance**

On July 20, 2016, Landes was indicted on charges relating to Wire Fraud. The indictment alleges that from on or about October 2015, until the present, Landes knowingly devised a scheme and artifice to defraud potential purchasers of tickets to sporting and entertainment events and to obtain money and property by materially false and fraudulent pretenses, representations and promises.

Specifically, the offender offered to sell tickets to sporting and entertainment events, including the 2016 Kentucky Derby, the 2016 Masters Golf tournament in Augusta, Georgia, and tickets to the St. Louis Cardinal games. The fraudulent activity occurred because Landes did not have tickets or accommodations to sale, or if he did, he had only one and sold this item/ticket multiple times to buyers in several different locations across the United States. The offender would negotiate these items for sale via face-to-face, telephone, texts, or emails. Once the agreement was made, the offender required

payment from the buyers in exchange for the items. The buyers either sent proceeds through a third party (acquaintance of the offender), Pay Pal account, or met with the buyers in person to obtain payment for the items.

**Previous Violations**

There have been no known previous violations submitted to the Court.

**U.S. Probation Officer Recommendation:** It is the recommendation of the probation office that the offender's term of supervise release be revoked. The offender has engaged in fraudulent actively while on supervised release. In lieu of his recent indictment, which was filed with the Court on July 20, 2016, it is the position of the probation office that the offender appears not to be amendable to supervision at this time.

The Supervised Release should be
    [X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2016

Approved,                                              Respectfully submitted,

by *[signature]*                                       by *[signature]*

Quincy A. Fountain                                     Vashell R. Anderson
Supervising U.S. Probation Officer                     Senior U.S. Probation Officer
Date: July 21, 2016                                    Date: July 21, 2016

---

THE COURT ORDERS:
  ☐     No Action
  ☒     The Issuance of a Warrant
  ☐     The Issuance of a Summons
           Appearance Date:
           Appearance Time:
           Courtroom Number:
  ☐     Other

*[signature: John A. Ross]*
Signature of Judicial Officer

July 22, 2016
Date

I:\Supervision\12C\Landes, Darrin 12C 413CR00450-1 JAR 07-21-2016.docx

2